1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. MARTINEZ,<br><br>                              Plaintiff,<br><br>vs.<br><br>CORNELIO GARCIA, correctional officer,<br><br>                              Defendant. | Case No.: CV F 10-0507 LJO DLB<br><br>ORDER TO RESET SCHEDULING CONFERENCE<br><br>Complaint Filed:   March 20, 2010<br>Hearing Date:     June 22, 2010<br>Time:                9:15 a.m.<br>Location:         Courtroom 9<br>Judge:             Hon. Dennis L. Beck |

The Court having considered the status report and request to reset the scheduling conference by Plaintiff, and good cause appearing therefor, the scheduling conference currently set for 6/22/2010 is reset to August 9, 2010 at 9:15 a.m. before Magistrate Judge Dennis L. Beck.

IT IS SO ORDERED.

    Dated:   **June 22, 2010**                    /s/ **Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE