# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. MARTINEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>PAUL SENA,<br><br>  Defendant.<br>_____/ | CASE NO. CV F 10-0507 LJO DLB<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 21.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;
2. VACATES all pending matters, including the December 27, 2010 summary judgment hearing, March 2, 2011 pretrial conference, and May 2, trial; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   November 24, 2010**            /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

1